AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

| | | |
|---|---|---|
| Kristine E. Andrew | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-cv-00522-JJM-LDA |
| Cranston Public Schools | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Jury verdict in favor of defendant.

This action was *(check one)*:

☑  tried by a jury with Judge  John J. McConnell, Jr. _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:   5/19/2021 _____

CLERK OF COURT

/s/ Carrie L. Potter
_____
*Signature of Clerk or Deputy Clerk*